UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RAYMOND GAGNE | : | |
| Vs. | : | CASE NO. 3:01CV00686(CFD) |
| CHRISTOPHER DEMARCO, ET AL | : | |

RULING ON BILL OF COSTS

This action is before the Clerk on defendants' bill of costs filed on September 3, 2003. No objection has been filed to date. For the reasons stated below, defendants' bill of costs is granted in part and denied in part.

A. <u>FEES OF THE COURT REPORTER</u> - Defendant is entitled to costs for an original and one copy of a transcript and any court reporter attendance fees, to be taxed at the prevailing page rate pursuant to Local Rule 54(c)2. Deposition transcripts are taxable if used at trial in lieu of live testimony, for cross-examination, for impeachment, or in support of a successful motion for summary judgment, pursuant to Local Rule 54(c)2(ii). Defendants have submitted a claim in the amount of $337.29 for the deposition transcript of Raymond Gagne, a portion of which is attached to the memorandum in support of defendant's successful motion for summary judgment. However, the invoice submitted in support of this claim is in the amount of $358.49 and there is no indication of the number of pages or the page rate. This claim is allowed in the reduced amount of $75.00 for the appearance fee only and is without prejudice to renewal upon submission of the proper documentation of the number of pages to the transcript and the rate per page.

B. <u>FEES FOR EXEMPLIFICATION AND COPIES OF PAPER NECESSARILY OBTAINED FOR USE IN THE CASE</u> - Pursuant to Local Rule 54(c)3(iii), the cost of exhibits appended to a

successful motion for summary judgment are allowable. Defendants have submitted a claim for duplication costs for exhibits to the motion for summary judgment in the amount of $56.40. As the invoice submitted is in the amount of $178.20 and there is no explanation of the difference, it is impossible to determine if said invoice is for the copies of exhibits attached to the motion for summary judgment. Therefore, this claim is denied without prejudice to renewal upon submission of proper documentation to support it being allowed.

C.  OTHER ITEMS TAXABLE AS COSTS - REMOVAL FEE - Fees of the Clerk are taxable as costs, pursuant to Local Rule 54(c)1. Defendants' claim for the removal fee in the amount of $150.00 is allowed.

D.  SUMMARY: For the reasons previously stated, the defendant's bill of costs is allowed as follows:

| | |
|---|---|
| FEES OF THE COURT REPORTER | $ 75.00 |
| OTHER ITEMS TAXABLE - REMOVAL FEE | 150.00 |
| TOTAL | $225.00 |

Defendants shall have ten days from the date of this ruling to provide the Clerk with proper documentation with respect to the items that have been denied without prejudice.

Pursuant to Local Rule 54(d), the parties may appeal this decision to the presiding judge within five days of the entry of this ruling.

Dated at Hartford, Connecticut, this 6th day of January, 2004.

KEVIN F. ROWE, Clerk


By:   /s/ MAW
        Mary A. Wiggins
        Deputy in Charge